|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | 1:05-cr-00142 OWW |
|---|---|---|
| Plaintiff, | ) | ORDER TO SHOW CAUSE RE: |
| | ) | ATTORNEY NON-APPEARANCE |
| v. | ) | |
| ROBERT ALBERT RUIZ, | ) | |
| Defendant. | ) | |

On June 6, 2005, at the hour of 1:30 p.m., this case was set for a status conference.

At that time attorney Greg Morris failed to appear. The Defendant, who is incarcerated, was present in open court. A certified sign language interpreter, paid for by the court, was present. On at least two prior occasions Mr. Morris had failed to appear or failed to appear on time causing inconvenience and interruption of the Court's business.

Attorney Greg Morris shall show cause, if any he has, on June _13_, 2005, at the hour of 1:30 p.m., why he should not be sanctioned for his failure to obey court orders and to appear at regularly scheduled appearances of the Defendant at status

1

conferences in this criminal case.

SO ORDERED.

DATED:   June 7, 2005.

/s/ OLIVER W. WANGER

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

usa v. ruiz order