1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                   **EASTERN DISTRICT OF CALIFORNIA**

8

9  **UNITED STATES OF AMERICA,**      )      **1:05-cr-00142 OWW**
                                       )
10              **Plaintiff,**         )      **ORDER AFTER ORDER TO SHOW**
                                       )      **CAUSE HEARING AS TO**
11      **v.**                         )      **ATTORNEY GREG MORRIS**
                                       )
12 **ROBERT ALBERT RUIZ,**             )
                                       )
13              **Defendant.**         )
                                       )
14 _____ )

15

16      On June 13, 2005, the Court held a hearing as to why

17 attorney Greg Morris should not be sanctioned for his failures to

18 obey court orders and unannounced failures to appear at regularly

19 scheduled appearances of the Defendant at status conferences in

20 this criminal case.

21      At the time of the hearing of the OSC, Mr. Morris was late

22 and offered no explanation for his failures to appear when

23 previously ordered to do so.

24      IT IS THEREFORE ORDERED that attorney Greg Morris pay a

25 sanction to the court in the amount of $750.00 per non-appearance

26 for a total of $2,250.00 and that he pay to the United States

27 Courts the amount of $178.00 per appearance of the sign language

28 interpreter, who was required to assist the defendant, for a

                              **1**

1 total of $534.00.  Said sanction and payment of costs will be

2 paid within ten days of the date of mailing of this order.

3      IT IS FURTHER ORDERED that the Clerk serve a copy of this

4 order on the State Bar of California.

5

6 DATED:  June 27, 2005.

7                                    /s/ OLIVER W. WANGER

8                                    _____
                                        Oliver W. Wanger
9                                    UNITED STATES DISTRICT JUDGE

10 usa v. ruiz order

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                        CERTIFICATE OF SERVICE

2

UNITED STATES OF AMERICA                )
3                                       )
                                        )
4                 VS                    )        1:05-cr-142 OWW
                                        )
5  ROBERT ALBERT RUIZ                   )
                                        )
6

7  I, the undersigned, hereby certify that I am an
   employee in the Office of the Clerk, U. S. District
8  Court, Eastern District of California at Fresno.

9  I served on June 28, 2005 a copy of the attached by
   placing said copy in a postage-paid envelope addressed
10 to the persons hereinafter listed, by depositing said
   envelope in the United States Mail at Fresno,
11 California; or by placing said copy into an inter-
   office delivery receptacle located in the Clerk's
12 Office.

13 SERVED BY MAIL

14 Greg Morris
   P O Box 40100
15 Fresno, CA  93710-4010

16 State Bar of California
   180 Howard Street
17 San Francisco, CA  94105

18

19                              By. /s/ G. LUCAS
                                    Courtroom Deputy
20

21

22

23

24

25

26

27

28

                                3