Gary L. Huss (SBN 057370)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: ghuss@wctlaw.com

Attorneys for Defendant
ROBERT ALBERT RUIZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ROBERT ALBERT RUIZ, et al.<br><br>                    Defendants. | Case Number  CR-05-00142-0WW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON**<br><br>**DATE:**  January 19, 2006<br>**TIME:**  10:00 a.m.<br>**JUDGE:** Hon. Oliver W. Wanger |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for January 19, 2006, as to ROBERT ALBERT RUIZ, may be continued to **February 13, 2006, at 1:30 p.m.** The continuance is necessary to insure the availability of defense counsel who is detained in a state court mediation which was previously scheduled before this Court continued the above-referenced matter from its original date of January 17, 2006.

///

///

///

///

///

///

///

///

STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 316(h)(8)(A), and 316(h)(8)(B)(i).

Dated: January 11, 2006

**WILD, CARTER & TIPTON**
A Professional Corporation

By /s/ Gary L. Huss
   GARY L. HUSS
   Attorneys for Defendant
   ROBERT RUIZ

Dated: January 11, 2006

By /s/ Marlon Cobar
Marlon Cobar
Assistant U.S. Attorney

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 316(h)(8)(A), and 316(h)(8)(B)(I).

Dated: __January 12, 2006___

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
United States District Court Judge