**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA-FRESNO**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Numbers CR-05-00142-001, and |
| ) | CR-1:02-5002-001 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ROBERT ALBERT RUIZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

      GOOD CAUSE APPEARING upon the motion of defendant and concurrence of the United States Attorneys Office, counsel for Robert Ruiz shall be allowed to pay funds in the amount of $3,234.02 held in the trust account of Wild, Carter, & Tipton to the clerk of the court for restitution to victims.  The clerk of the court shall apply and disburse said funds to victims for restitution in coordination with the Victim's Services division of the United States Attorneys Office, and for no other purpose.

IT IS SO ORDERED.

**Dated:   August 10, 2006**            **/s/ Oliver W. Wanger**
emm0d6            UNITED STATES DISTRICT JUDGE

ORDER