# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA
v.
**ROBERT ALBERT RUIZ**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:05-CR-00142-001**

Gary Huss
Defendant's Attorney

**THE DEFENDANT:**
[✔] admitted guilt to violation of charge(s) 6 as alleged in the violation petition filed on 08/11/2008 .
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

11/03/2008
Date of Imposition of Sentence

/s/ OLIVER W. WANGER
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

11/12/2008
Date

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1
Case 1:05-cr-00142-OWW   Document 62   Filed 11/13/08   Page 2 of 3

Judgment - Page 2 of 3

CASE NUMBER:       1:05-CR-00142-001`
DEFENDANT:         ROBERT ALBERT RUIZ

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | Failure to Participate in Home Detention | 08/05/2008 |
| Charge 2 | Failure to Follow Instructions of the Probation Officer | 07/22/2008 |
| Charge 3 | Failure to Participate in Drug Testing as Directed | 05/29/2008 |
| Charge 4 | Unauthorized Use of a Computer | 07/2008 |
| Charge 5 | Failure to be Truthful to the Probation Officer | 07/08/2008 |
| Charge 6 | Failure to Make Restitution Payments as Directed | 07/2008 |

CASE NUMBER:     1:05-CR-00142-001`      Judgment - Page 3 of 3
DEFENDANT:       ROBERT ALBERT RUIZ

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  1 year and 1 day .

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.
     If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal